THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMARA R., on behalf of her minor child, L.R.; WENDILEE WALPOLE LASSITER; and TERRIE KALLAL,<br><br>　　　　Plaintiffs,<br><br>　　　　-vs-<br><br>NATIONAL ARCHIVES AND RECORDS, ADMINISTRATION ("NARA"), et al.,<br><br>　　　　Defendants. | Civil Case No. 23-cv-365 |

## PLAINTIFF'S SEALED MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff Tamara R., who files this action on behalf of her minor child, respectfully moves to proceed under pseudonym so as to further protect the identity of her minor child pursuant to Federal Rule of Civil Procedure 7(b) and Local Civil Rules 5.1 and 7.

Defendants' counsel has not been assigned and therefore cannot be asked about Defendants' position on this motion.

For the reasons stated in the attached memorandum, Plaintiff Tamara R. requests that this Court allow her to proceed under pseudonym.

DATED:  February 8, 2023.　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THE AMERICAN CENTER FOR LAW AND JUSTICE

　　　　　　　　　　　　　　　　　　JAY ALAN SEKULOW
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 496335)
　　　　　　　　　　　　　　　　　　JORDAN SEKULOW
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 991680)
　　　　　　　　　　　　　　　　　　STUART J. ROTH
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 475937)
　　　　　　　　　　　　　　　　　　CHRISTINA (STIERHOFF) COMPAGNONE
　　　　　　　　　　　　　　　　　　　(D.C. Bar No. 1657929)
　　　　　　　　　　　　　　　　　　OLIVIA F. SUMMERS

1

(D.C. Bar No. 1017339)

/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY
  (D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org

ABIGAIL SOUTHERLAND
  (TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
Email: asoutherland@aclj.org

EDWARD L. WHITE III
  (D.D.C. Bar No. TX0116)
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Tel. 734-680-8007
Fax. 734-680-8006
Email: ewhite@aclj.org

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAMARA R., on behalf of )<br>her minor child, L.R.; )<br>WENDILEE WALPOLE LASSITER; and )<br>TERRIE KALLAL, )<br>   )<br>  Plaintiffs, )<br>   )<br>  -vs- )<br>   )<br>NATIONAL ARCHIVES AND RECORDS, )<br>ADMINISTRATION ("NARA"), et al., )<br>   )<br>  Defendants. ) | Civil Case No. 23-cv-365 |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**SEALED MOTION TO PROCEED UNDER PSEUDONYM**

Rule 5.2(a)(3) of the Federal Rules of Civil Procedure as well as LCvR 5.4(f)(2) require that Plaintiff L.R. in this action be identified by her initials rather than her full name in public filings, because she is a minor child. Through this motion, Plaintiff L.R. respectfully requests that the Court also permit her parent, Tamara R., permission to proceed using only her first name and last initial as well.

Protecting the identity of the parent is necessary to avoid the risk of revealing the minor child's identity, as well as the risks of retaliatory violence, vandalism, and other harms that might result to Plaintiff from the public disclosure of her identity. In short, Plaintiff Tamara R., requests that she receive the same treatment that is mandatory for the minor child under Rule 5.2(a)(3).

"[T]he federal courts have permitted a party to proceed under a pseudonym when special circumstances warrant anonymity." *Doe No. 2 v. Kolko*, 242 F.R.D. 193, 195 (E.D.N.Y. 2006) (citing multiple cases). "The decision whether to permit a party to proceed anonymously is within the sound discretion of the district court." *P.M. v. Evans-Brant Cent. Sch. Dist.*, No. 08- CV-168A, 2008 WL 4379490, at *3 (W.D.N.Y. Sept. 22, 2008).

"In cases where the identities of a minor and parent or guardian are 'inextricably intertwined,' courts allow parents or guardians to proceed under pseudonym when suing on the minor's behalf." *Asylumworks v. Wolf,* No. 1:20-cv-03815, 2020 U.S. Dist. LEXIS 264893, at *8 n.2 (D.D.C. Dec. 23, 2020). This is because, of the many factors weighed by the court in anonymity decisions, almost all rest in the favor of anonymity and none rest against it. Those factors are:

(1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of [a] sensitive and highly personal nature;
(2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or[,] even more critically, to innocent non-parties;
(3) the ages of the persons whose privacy interests are sought to be protected;
(4) whether the action is against a governmental or private party; and relatedly,
(5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously.

*Chang v. Republic of S. Sudan,* 548 F. Supp. 3d 34, 37 (D.D.C. 2021).

Here, the Plaintiffs oppose abortion and, thus, are a potential target of an extraordinary amount of violence and vandalism, especially in the wake of the *Dobbs* decision on abortion. *See* Micaiah Bilger, *Radical Extremists Attacked 230 Churches, Pro-Life Groups in Wave of Pro-Abortion Violence in 2022*, LifeNews.com (Dec. 30, 2022), https://www.lifenews.com/2022/12/30/radical-extremists-attacked-230-churches-pro-life-groups-in-wave-of-pro-abortion-violence-in-2022/ (listing 241 incidents in 2022 alone, with links to coverage).

In light of the violence that has regularly occurred against those that oppose abortion, Plaintiff minor child, L.R., would be particularly vulnerable to the harms of disclosure if her family's last name in this suit. *Chang v. Republic of S. Sudan*, 548 F. Supp. 3d 34, 38 (D.D.C. 2021) (noting that the "ages of the persons whose privacy interests are sought to be protected, also weigh in plaintiffs' favor to the extent that the disclosure of plaintiffs' personal information

4

might put their minor children and/or siblings at risk"). *See also Doe v. Stegall*, 653 F.2d 180, 186 (5th Cir. 1981) (noting vulnerability of child plaintiffs); *Doe v. Porter*, 370 F.3d 558, 561 (6th Cir. 2004) (upholding court's decision to allow plaintiffs to proceed anonymously, where case was "brought on behalf of very young children, to whom we grant a heightened protection").

Further, while the action here is against a governmental entity, "there is nothing about the nature of this proceeding[] that creates any need for transparency with respect to the plaintiff['s] identities or addresses." *Chang,* 548 F. Supp. 3d at 38. Allowing Plaintiff Tamara R., who is a parent to the minor child Plaintiff to proceed under pseudonyms will not prejudice Defendants. Not only will Defendants not be prejudiced by this minor accommodation, without it the minor child Plaintiff will be easily identifiable through her parent, if the last name is used in the public filings in this action. Defendants have been given notice of the identification of each Plaintiff, and we are simply requesting that the Court protect their information from being disseminated publicly.

In furtherance of those goals, Plaintiffs request that the Court allow Plaintiff Tamara R., parent of Plaintiff L.R., who is a minor child, to proceed under pseudonym in this action.

DATED:  February 8, 2023.                Respectfully submitted,

THE AMERICAN CENTER FOR LAW AND JUSTICE

JAY ALAN SEKULOW
   (D.C. Bar No. 496335)
JORDAN SEKULOW
   (D.C. Bar No. 991680)
STUART J. ROTH
   (D.C. Bar No. 475937)
CHRISTINA (STIERHOFF) COMPAGNONE
   (D.C. Bar No. 1657929)
OLIVIA F. SUMMERS
   (D.C. Bar No. 1017339)

/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY
   (D.C. Bar No. 1044721)
201 Maryland Avenue, NE
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org

ABIGAIL SOUTHERLAND
   (TN. Bar. No. 026608)
625 Bakers Bridge Ave., Suite 105-121
Franklin, Tennessee 37067
Tel. 615-599-5572
Fax: 615-599-5180
Email: asoutherland@aclj.org

EDWARD L. WHITE III
   (D.D.C. Bar No. TX0116)
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Tel. 734-680-8007
Fax. 734-680-8006
Email: ewhite@aclj.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2023, I electronically delivered this Motion along with the Complaint to our private process server with instructions to serve same upon Defendants.

/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY
   (D.C. Bar. No. 1044721)
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org

*Counsel for Plaintiffs*