# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMARA R., on behalf of her minor child, L.R.; WENDILEE WALPOLE LASSITER; and TERRIE KALLAL, <br><br> Plaintiffs, <br><br> -vs- <br><br> NATIONAL ARCHIVES AND RECORDS, ADMINISTRATION ("NARA"), et al., <br><br> Defendants. | Civil Case No. 23-cv-365 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   TAMARA R., on behalf of her minor child, L.R.;
   WENDILEE WALPOLE LASSITER; and,
   TERRIE KALLAL

   (collectively referred to as "Plaintiffs").

Dated: February 8, 2023.                Respectfully submitted,

/s/ *Benjamin P. Sisney*
BENJAMIN P. SISNEY (D.C. Bar # 1044721)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C.  20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org
*Counsel for Plaintiffs*