**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAMARA R., on behalf of her minor child, L.R.; WENDILEE WALPOLE LASSITER; and TERRIE KALLAL<br><br>    Plaintiffs,<br><br>    -vs-<br><br>NATIONAL ARCHIVES AND RECORDS, ADMINISTRATION ("NARA"), et. al.,<br><br>    Defendants. | Civil Case No. 23- cv-365 |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    TAMARA R., on behalf of her minor child, L.R.;
    WENDILEE WALPOLE LASSITER; and
    TERRIE KALLAL

    (collectively referred to as "Plaintiffs").

Dated: February 8, 2023.        Respectfully submitted,

                                        /s/ *Christina A. Compagnone*
                                        CHRISTINA A. COMPAGNONE
                                          (D.C. Bar # 1657929)
                                        THE AMERICAN CENTER FOR LAW AND JUSTICE
                                        201 Maryland Avenue, N.E.
                                        Washington, D.C.  20002
                                        Telephone: (202) 641-9168
                                        Email: ccompagnone@aclj.org
                                        *Counsel for Plaintiffs*