UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMARA R., *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>       *Defendants*. | Civil Action No. 23-0365 (TJK) |

**JOINT ERRATA REGARDING JOINT MOTION**

    Plaintiffs Wendilee Walpole Lassiter and Plaintiff Tamara R., on behalf of her minor child, L.R. ("Plaintiffs") and Defendants National Archives and Records Administration ("NARA"), Debra Steidel Wall, in her official capacity as Acting Archivist of the United States and Head of NARA, and National Archives Museum (together, the "Parties"), respectfully submit this errata regarding the parties' joint motion (ECF No. 12).

    1.    The last line of Paragraph 4 of the joint motion (ECF No. 12) contains a typographical error ("Based on these factors, the Court should approve and enter the Parties' Amended Stipulation of Dismissal."). The last sentence should read: "Based on these factors, the Court should approve and enter the Parties' Proposed Consent Order."

    2.    The Proposed Consent Order (ECF No. 12-1) does not need correction.

\*    \*    \*

Dated: February 14, 2023     Respectfully submitted,
Washington, DC

| | |
|---|---|
| THE AMERICAN CENTER FOR LAW AND JUSTICE<br>JAY ALAN SEKULOW<br>(D.C. Bar No. 496335)<br>JORDAN SEKULOW<br>(D.C. Bar No. 991680)<br>STUART J. ROTH<br>(D.C. Bar No. 475937)<br>CHRISTINA (STIERHOFF) COMPAGNONE<br>(D.C. Bar No. 1657929)<br>OLIVIA F. SUMMERS<br>(D.C. Bar No. 1017339)<br><br>_____/s/_____<br>BENJAMIN P. SISNEY<br>(D.C. Bar No. 1044721)<br>201 Maryland Avenue, NE<br>Washington, D.C. 20002<br>Telephone: (202) 546-8890<br>Facsimile: (202) 546-9309<br>Email: bsisney@aclj.org<br><br>ABIGAIL SOUTHERLAND<br>(TN. Bar. No. 026608)<br>625 Bakers Bridge Ave., Suite 105-121<br>Franklin, Tennessee 37067<br>Tel. 615-599-5572<br>Fax: 615-599-5180<br>Email: asoutherland@aclj.org<br><br>EDWARD L. WHITE III<br>(D.D.C. Bar No. TX0116)<br>3001 Plymouth Road, Suite 203<br>Ann Arbor, Michigan 48105<br>Tel. 734-680-8007<br>Fax. 734-680-8006<br>Email: ewhite@aclj.org | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  /s/<br>DOUGLAS DREIER, D.C. BAR #1020234<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>202-252-2551<br>douglas.dreier@usdoj.gov<br><br>ERIKA OBLEA, D.C. BAR #1034393<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>202-252-2567<br>erika.oblea@usdoj.gov<br><br>*Attorneys for the United States of America* |