AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Tamara R., et al.,  )  <br> *Plaintiff* ) <br> v.  ) <br> National Archives and Records Administration, et al.,  ) <br> *Defendant* ) | Case No.  1:23-cv-365-TJK |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                    .

Date:  02/15/2023

/s/ Edward L. White III
*Attorney's signature*

Edward L. White III (D.D.C. Bar No. TX0116)
*Printed name and bar number*
American Center for Law and Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105

*Address*

ewhite@aclj.org
*E-mail address*

(734) 680-8007
*Telephone number*

(734) 680-8006
*FAX number*