UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMARA R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 23-0365 (TJK) |

## DEFENDANTS' NOTICE OF FILING ATTACHMENT

Defendants, the National Archives and Records Administration ("NARA"), Colleen Shogan, in her official capacity as Archivist of the United States and Head of NARA, and the National Archives Museum (the "Museum") (the "Defendants"), respectfully provide the attachment referenced in paragraph 7 of the proposed consent order (ECF No. 24-1).

Dated: December 19, 2023
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Douglas C. Dreier*
    DOUGLAS C. DREIER, D.C. Bar #1020234
    ERIKA OBLEA, D.C. Bar #1034393
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2551

*Attorneys for the United States of America*